# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODERICK CHAMBERLAIN, | ) | Case No. 2:17-cv-02972-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | (Docket No. 5) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| Defendant(s). | ) | |

Before the Court is the parties' notice of settlement between the parties. Docket No. 5. The Court **ORDERS** the parties to file a stipulation of dismissal no later than February 5, 2018.

IT IS SO ORDERED.

DATED: December 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge